UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TERRY EDWARD FLOYD, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | No.: 3:12-cv-544 (VARLAN/SHIRLEY) |
| SHERIFF G.W. McCOIG and NURSE JUDY WALKER, | ) ) | |

### JUDGMENT ORDER

In accordance with the accompanying Memorandum, defendants' motion for summary judgment is **GRANTED** and this action is **DISMISSED**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ *Debra C. Poplin*
CLERK OF COURT